ARGALUS HARMON,

*against*

JOHN BROOME, Esquire, and Son.

IN ERROR. This writ was brought to reverse a judgment rendered by *Addison* County Court, *March* term, 1801, in favour of the now defendants, and against the plaintiff in error. Among the errors assigned, that relied upon was, " that the County Court had taxed costs in the original suit at 23 dols. 25 cts. whereas by law the said County Court ought to have taxed the said costs at the sum of *eleven dol-*

As a general rule, the Court will not in error judge over the County Court in the taxation of costs.

*lars*, in that they had taxed travel and term fees for both the original plaintiffs, for *March* and *September* term, 1800, and for *March* term, 1801, when judgment on default was entered at *March* term, 1800, and no additional costs ought to have been taxed at *March* term, 1801.

*In nullo est erratum* pleaded.

The cause was not argued, the Court having observed, that upon inspection of the record they were persuaded the costs had been taxed correctly. But they considered it as a general principle, that this Court would not in error judge over the inferior Courts in the taxation of costs; these being always under the thumb of the several Courts below, and often regulated by principles of equity and the exercise of sound discretion, the motives to which will not appear on the record.

Upon this suggestion by the Court, the plaintiff in error moved for and had leave to discontinue, with payment of costs.

*Luke Strong* and *Amos Marsh*, for plaintiff.
*Loyal Case*, for defendant.